The Honorable Karen A. Overstreet
Chapter 13
Ex Parte

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE:<br><br>MATTHEW K. TAKAYOSHI,<br><br>                Debtor(s).<br>_____<br>MATTHEW K. TAKAYOSHI,<br><br>                Plaintiffs,<br><br>v.<br><br>BAC HOME LOANS SERVICING, LP,<br><br>                Defendants. | Case No. 10-16558-KAO<br><br>Chapter 13<br><br>Adversary Case No. 10-01431-KAO<br><br>JUDGMENT |

     THIS MATTER having come Ex Parte before the Judge of the above-entitled Court upon the Plaintiff's Motion for Default and Default Judgment against Defendant BAC Home Loans Servicing, LP (hereinafter "Defendant"), and Plaintiff being represented by his attorneys, Christina Latta Henry and Seattle Debt Law, LLC and Defendant having failed to appear, answer or plead herein and the Court having considered the Plaintiff's Motion for Default Judgment, the Declaration of Christina Latta Henry in support of the same and being otherwise fully advised in the premises, NOW, THEREFORE, it is hereby ordered as follows:

JUDGMENT
( ) - 1

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148

1. For purposes of the Debtor's chapter 13 plan only, the foregoing described lien (the "Lien") is valued at zero, the lienholder does not have a secured claim, and the Lien may not be enforced, pursuant to 11 U.S.C. §§ 506, 522(f), 1322(b)(2), and 1327.

2. This Order shall become part of the Debtor's confirmed chapter 13 plan.

3. Upon entry of a discharge in the Debtor's chapter 13 case, the Lien shall be voided for all purposes, and upon application by the Debtor, the Court will enter an appropriate form of judgment voiding the Lien.

4. If the Debtor's chapter 13 case is dismissed or converted to one under another chapter before the debtor obtains a discharge, this order shall cease to be effective and the Lien shall be retained to the extent recognized by applicable nonbankruptcy law, and upon application by the lienholder, the Court will enter an appropriate form of order restoring the Lien.

5. Except as provided by separate, subsequent order of this Court, the Lien may not be enforced so long as this Order remains in effect.

_/s/ Karen A. Overstreet_ et

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

SEATTLE DEBT LAW, LLC


    _/s/ Christina Latta Henry_
Christina Latta Henry, WSBA 31273
Attorney for Plaintiff

JUDGMENT
(ADVERSARY CASE NO.) - 2

**SEATTLE DEBT LAW, LLC**
705 SECOND AVE., SUITE 501
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (877) 562-5148